| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CommsResources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**75-2908835** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12225 Greenville Avenue**<br>**Suite 850**<br>**Dallas, TX**          ZIP Code **75243** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**51 Forest Drive**<br>**Keston Park**<br>**Keston**<br>**Kent, BR2 6EE, UK**          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **CommsResources, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Comm Group, LLC** | Case Number: | Date Filed: **4/15/10** |
|---|---|---|
| District: **Delaware** | Relationship: **affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**CommsResources, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Stephen W. Spence**
Signature of Attorney for Debtor(s)

**Stephen W. Spence #2033**
Printed Name of Attorney for Debtor(s)

**Phillips, Goldman & Spence, P.A.**
Firm Name

**1200 North Broom Street**
**Wilmington, DE 19806**

_____
Address

**Email: sws@pgslaw.com**
**302.655.4200  Fax: 302.655.4210**
Telephone Number

**April 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Derek Seddon**
Signature of Authorized Individual

**Derek Seddon**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**April 15, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Delaware

In re    CommsResources, LLC        Case No. _____

                    Debtor(s)        Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor    ■ Other (specify):     Derek Seddon

3.   The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          Representation of the Debtor in adversary proceedings related to dischargeability of debt or discharge of debt or other contested bankruptcy matters.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April 15, 2010                  /s/ Stephen W. Spence

                                             Stephen W. Spence #2033
                                             Phillips, Goldman & Spence, P.A.
                                             1200 North Broom Street
                                             Wilmington, DE 19806
                                             302.655.4200   Fax: 302.655.4210
                                             sws@pgslaw.com

# United States Bankruptcy Court
## District of Delaware

In re    CommsResources, LLC           Case No. _____

                           Debtor(s)      Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010 |
| $0.00 | 2009-unknown |
| $276,110.00 | 2008 |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

### 3. Payments to creditors

None
■ **Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Nate Booker, et al v. Tanintco, Inc, et al,, Master Case No. BC 349267 | | Superior Court of the State of California, Los Angeles County | pending |
| Brandon Price, et al. v. EXI Parsons, Telecom, et al. LASC Case No. BC 351252 | | Superior Court for the State of California Los Angeles County | pending-consolidated with Nate Booker, et al v. Tanintco, Inc, et al,, |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Phillips, Goldman & Spence, P.A. 1200 North Broom Street Wilmington, DE 19806 | 3/8/2010 Derek G. Seddon | $2,500.00 |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Highpointe Centre<br>12225 Greenville Avenue<br>LB135, Suite 123<br>Dallas, TX 75243 | 12/2009 | office equipment and furniture left in building, abandoned to landlord-no payment received |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 12225 Greenville Avenue, Suite 890<br>Dallas, TX  72543 | | 12/2003 through 12/2009 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| BDO Seidman<br>700 N Pearl St Ste 2020<br>Dallas, TX 75201 | 2001 to present |
| Derek Seddon<br>51 Forest Drive<br>Keston Park<br>Kent, BR2 6EE<br>UNITED KINGDOM | 2001 to present |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Derek Seddon | 51 Forest Drive<br>Keston Park<br>Kent, BR2 6EE<br>United Kingdon |
| BDO Seidman | 700 N Pearl St Ste 2020<br>Dallas, TX 75201 |

| None | |
|------|---|
| ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

NAME AND ADDRESS · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · DATE ISSUED

---

**20. Inventories**

| None | |
|------|---|
| ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

| None | |
|------|---|
| ■ | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None | |
|------|---|
| ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None | |
|------|---|
| ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Comms Group, LLC<br>c/o 51 Forest Drive<br>Keston Park<br>Kent, BR2 6EE<br>United Kingdom | Sole member | 100% membership interest |
| Derek Seddon<br>c/o 51 Forest Drive<br>Keston Park<br>Kent, BR2 6EE<br>United Kingdom | Manager | no ownership |

---

**22 . Former partners, officers, directors and shareholders**

| None | |
|------|---|
| ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Comms Group, LLC n/a and Comms Resources International, Ltd, a UK company | 98-0381821 |

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature of
                                   Debtor _____

Date _____     Signature of
                                   Joint Debtor _____
                                   (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   April 15, 2010 _____     Signature   /s/ Derek Seddon _____

                                            Derek Seddon Manager _____
                                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **CommsResources, LLC**                             ,      Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **CommsResources, LLC**                             ,       Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Account xxxx-xxxx-8492 PO Box 25118 Tampa, FL** | - | 0.00 |
| | | **Lloyds TSB Account xxxx585 Threadneedle Street UK** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                      Sub-Total >       **0.00**
                                    (Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

In re   **CommsResources, LLC**       ,    Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                   Sub-Total >       **0.00**
                                  (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

In re    **CommsResources, LLC**                         ,    Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office equipment in Texas location probably deemed abandoned.** | **-** | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

 

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **0.00** |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **CommsResources, LLC**                                   Case No. _____

_____ ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Value $ | | | | | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

.

In re **CommsResources, LLC** _____, Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re **CommsResources, LLC**                                    Case No. _____

_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Accellcom, Inc. Attn:  John Fillion 6236 Bennington Drive Newark, CA 94560 | - | | | | Interested party in lawsuit | X | X | X | 0.00 |
| Account No.  Aiman-Smith & Marcy Hallie Von Rock, Esquire Randall Aiman-Smith, Esquire 7677 Oakport Street, Suite 1020 Oakland, CA 94621 | - | | | | Interested party in lawsuit counsel to Lorenzo Benton, Nate Booker & Brandon Price | X | X | X | 0.00 |
| Account No.  Aiman-Smith & Marcy Reed W.L. Marcy, Esquire 7677 Oakport Street, Suite 1020 Oakland, CA 94621 | - | | | | Interested party in lawsuit- counse to Brandon Price | X | X | X | 0.00 |
| Account No.  Aned Stytems, Ltd c/o Corporations & Companies 910 Foulk Road Wilmington, DE 19803 | - | | | | Interested party in lawsuit | X | X | X | 0.00 |

__14__  continuation sheets attached

Subtotal
(Total of this page)                                                          0.00

In re **CommsResources, LLC** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Interested party in lawsuit | | | | |
| **Aster Telesolutions, Inc., 2-4 Ramakirshna Pamidi (Agent for Service) 123 Mohave Terrace Fremont, CA 94539** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counsel to Amatel, Inc. | | | | |
| **Ballard, Rosenber, Golper & Savitt, LLP Jeffrey P. Fuchsman, Esquire 10 Universal City Plaza, 16th Floor Universal City, CA 91608** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counsel to RTIG, Inc. | | | | |
| **Barnes & Thornburg, LLP Donald J. McNeil, Esquire One N. Wacker Drive, Suite 4400 Chicago, IL 60606** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counsel to Orin USA, Inc. | | | | |
| **Bate, Peterson, Deacon, Zinn & Young Harry Zinn, Esquire Patricia Berry, Esquire 888 S. Figueroa Street, 15th Floor Los Angeles, CA 90017** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counselt to Consultis Information Technology, Inc. | | | | |
| **Berliner Cohen Roberta S. Hayashi, Esquire 10 Almaden Boulvard, 11th Floor San Jose, CA 95113-2233** | - | | | | | X | X | X | 0.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

In re **CommsResources, LLC**                                    Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Interested party in lawsuit=-counsel to S.Com, Inc. | | | | |
| Bingham McCutchen, LLP Walter Stella, Esquire Three Embarcadero Center San Francisco, CA 94111 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit | | | | |
| Blue Group International, Ltd. 61 Southward Street London, UK SE10HL | - | | | | X | X | X | 0.00 |
| Account No. | | | | agent services fees | | | | |
| Capital Services, Inc. Agent for CommResources, LLC 615 South DuPont Higway Dover, DE 19901 | - | | | | | | | Unknown |
| Account No. | | | | Interested party in lawsuit-counsel to TEKsystems, Inc. | | | | |
| Cehpas Law Firm Dana Cephas, Esquire 1901 Avenue of the Stars, Suite 200 Los Angeles, CA 90067 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Insurance | | | | |
| Chubb Group Insurance Attn: Bankruptcy Dept. 1330 Post Oak Blvd Houston, TX 77056 | - | | | | | | | 2,250.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,250.00

In re **CommsResources, LLC**                              Case No. _____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Interested party in lawsuit-counsel to Stark Technical Group, Inc. | | | | |
| Clouse Dunn & Khoshbin Alyson C. Brown, Esquire 5200 Renaissance Tower 1201 Elm Street Dallas, TX 75270 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counsel to Engineering Network International, Inc. | | | | |
| Connor & Sargent, PLLC Stephen P. Connor, Esquire 1200 Fifth Avenue, Suite 1650 Seattle, WA 98101 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit | | | | |
| Cook Brown, LLP Brent Seifert, Esquire Carrie Bushman, Esquire 555 Capital Mall, Suite 425 Sacramento, CA 95814 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit | | | | |
| Datalogix Texas, Inc. Gus Mercado 8315 Navistoa Drive, Suite 100 Argyle, TX 76226-7344 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Interested party in lawsuit | | | | |
| Dataworkforce LP Jeffrey Hurt 10670 North Central Expressway Suite 505 Dallas, TX 75231 | - | | | | | X | X | X | 0.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of                          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

In re __CommsResources, LLC_____,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Interested party in lawsuit-counsel to Hudson Global Resources Management, Inc. | | | | |
| David Rhind, Esquire Hudson Highland Group, North America 10 South ?Wacker Drive, #2600 Chicago, IL 60606 | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Dawn Hecuba & Co., Ltd | - | | | | | | | 0.00 |
| Account No. | | | | Interested party in lawsuit-counsel to Darwin Partners, Inc. & Networkers International, LLC | | | | |
| DLA Piper, LLP Jon D. Meer, Esq.; Eric S. Beane, Esq. Dennis S. Hyun, Esq. 1999 Avenue of the Stars, 4th Floor Los Angeles, CA 90067-6022 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit | | | | |
| Ford & Harrison Alice Wang, Esquire Jesse Caryl, Esquire 350 S. Grand Avenue, Suite 2300 Los Angeles, CA 90071 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit-counsel to EXI Parsons Telecom | | | | |
| Gibson Dunn & Crutcher, LLP Jesse Cripps, Esquire Kynn Hang, Esq.  Scott Kruse, Esq. 333 South Grand Avenue Los Angeles, CA 90071 | - | | | | X | X | X | 9,754.50 |

Sheet no. __4___ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,754.50

In re **CommsResources, LLC**                                              Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Interested party in lawsuit-counsel to PK Diversified and Travcom, Inc. | | | | |
| Greenbaum, Doll & MacDonald, PLLC Bruce E. Cryder, Esquire 300 West Vine Street, Suite 1100 Lexington, KY 40507-1665 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counsel to Dibon Solutions, Inc. | | | | |
| Gruber Hurst Johansen & Hail, LLP Jason Copling, Esquire 1445 Ross Avenue, Suite 2500 Dallas, TX 75202 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Insurance | | | | |
| Hartford Fire Insurance Company Attn: Bankruptcy Dept. One Hartford Plaza Hartford, CT 06155 | - | | | | | | | | |
| | | | | | | | | | 7,283.10 |
| Account No. | | | | | former landlord | | | | |
| Highpointe Centre 12225 Greenville Avenue LB135, Suite 123 Dallas, TX 75243 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Interested party in lawsuit-counsel to Dataworkforce, LP | | | | |
| Hurt & Barry, LLP Jeffrey Hurt, Esquire 10670 N. Central Expressway, Suite 505 Dallas, TX 75231 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **7,283.10**

In re **CommsResources, LLC** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Interested party in lawsuit | | | | |
| Innovative Telecommunications Consultant (ITC/Fortune Wireless) 6402 Corporate Drive Indianapolis, IN 46278 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit | | | | |
| Innovative Telecommunications Consultant Communications Holdings of America 700 Shadowbrook Lane Irving, TX 75063 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit | | | | |
| Inpro Solutions LLC c/o Communications Holdings of America 700 Shadowbrook Lane Irving, TX 75063 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit | | | | |
| Inpro Solutons, LLC Sergio Maranan, Manager 700 Shadowbrook Lane Irving, TX 75063 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Consulting services | | | | |
| International Financial Services 29-30 Cornhill London EC3V 3NF UNITED KINGDOM | - | | | | | | | 6,624.90 |

Sheet no. _6___ of _14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,624.90

In re **CommsResources, LLC** _____, Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jackson Lewis**<br>**Laura W. Walker, Esquire**<br>**725 South Figueroa Street, Suite 2500**<br>**Los Angeles, CA 90017** | | - | | Interested party in lawsuit-counsel to RCM Technologies, (USA), Inc. | X | X | X | 0.00 |
| Account No.<br><br>**Joseph Orr, Esquire**<br>**307 West 7th Street, #1800**<br>**Fort Worth, TX 76102** | | - | | Interested party in lawsuit-counsel to Global Electrocomm International, Inc. | X | X | X | 0.00 |
| Account No.<br><br>**Kauff, McClain & McGuire LLP**<br>**Keith Chrestionson, Esquire**<br>**One Post Street, Suite 2600**<br>**San Francisco, CA 94104** | | - | | Intersted party in lawsuit-counsel to Teksystems, Inc. | X | X | X | 0.00 |
| Account No.<br><br>**Kenny Frank, Attorney At Law**<br>**Kenny Frank, Esquire**<br>**188 Dixon Road**<br>**Baltimore, MD 21209** | | - | | Interested party in lawsuit | X | X | X | 0.00 |
| Account No.<br><br>**Krafchak & Lynch**<br>**Stephanie Krafchak, Esquire**<br>**2029 Century Park East, Suite 900**<br>**Los Angeles, CA 90067** | | - | | Interested party in lawsuit-counsel to Multipoint Wireless, LLC | X | X | X | 0.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **CommsResources, LLC** _____,  Case No. _____

                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Interested party in lawsuit-counsel to Brandon Price | | | | |
| Law Office of Jared E. Peterson<br>Jared Peterson, Esquire<br>2017 Lincoln Street<br>Berkeley, CA 94709 | - | | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit-counsel to CST Services, Inc. | | | | |
| Law Office of John H. Anderson<br>John H. Anderson, Esquire<br>Troy McMahan, Esquire<br>105 East Mariposa<br>San Clemente, CA 92672 | - | | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit-counsel to Global Electro-Comm International, Inc. | | | | |
| Law Offices of Joe L. Orr<br>Joe Orr, Esquire<br>307 West Seventh Street, Suite 1200<br>Fort Worth, TX 76102 | - | | | X | X | X | 0.00 |
| Account No. | | | Legal fees | | | | |
| Law Offices of Joel W. Baruch<br>Joel W. Baruch, Esquire<br>2020 Main Street, Suite 900<br>Irvine, CA 92614 | - | | | | | | 2,552.38 |
| Account No. | | | Interested party in lawsuit | | | | |
| Law Offices of Richard L. Armstrong & As<br>Guy Nicholson, Esquire<br>Micheal Stein, Esquire<br>2029 Century Park East, Suite 900<br>Los Angeles, CA 90067 | - | | | X | X | X | 0.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,552.38**

In re **CommsResources, LLC** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Interested party in lawsuit-counsel to Kineticom, Inc. | | | | |
| Lewis Brisbois Bisgaard & Smith, LLP Jeffrey S. Ranen, Esquire 221 North Figueroa Street, Suite 1200 Los Angeles, CA 90012 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit-counsel to Glotel, Inc. | | | | |
| Luce, Forward, Hamilton, & Scripps Danis Shanagher, Esquire 121 Spear Street, Suite 200 San Francisco, CA 94105 | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Manpower International, Ltd. Attn: Bankruptcy Dept. 100 Manpower Place Milwaukee, WI 53212 | - | | | | | | | 10,206.63 |
| Account No. | | | | Interested party in lawsuit | | | | |
| Martinez Charles, LLP March Charles, Esquire 1055 E. Colorado Blvd., 5th Floor Pasadena, CA 91106 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Interested party in lawsuit | | | | |
| MBI Consultants Michael Burnett 18515 Statesville Road Cornelius, NC 28031 | - | | | | X | X | X | 0.00 |

Sheet no. **9** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,206.63**

In re **CommsResources, LLC** _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Interested party in lawsuit-counsel to Butler Telecom, Inc. | | | | |
| McBreen & Kopko<br>Hugh McBreen, Esquire<br>Brian J. Hogan, Esquire<br>20 N. Wacker Drive, Suite 2520<br>Chicago, IL 60606 | | - | | X | X | X | 0.00 |
| Account No. | | | Intersted party in lawsuit-counsel to YOH Services, LLC | | | | |
| Morgan Lewis & Bockius, LLP<br>Barbara A. Fitzgerald, Esquire<br>300 S. Grand Avenue, Suite 2200<br>Los Angeles, CA 90071 | | - | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit | | | | |
| Orin USA, Inc.<br>Russel G. Winick<br>1220 Iroquois Avenue, #100<br>Naperville, IL 60563 | | - | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit-counsel to EPCJOBS/EPS Global | | | | |
| Paul Hastings Janofsky & Walker<br>Bob Kristoff, Esquire<br>55 Second St. 24th Floor<br>San Francisco, CA 94105 | | - | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit | | | | |
| Pixaware Technologies, LLC<br>Suraiya Alam, ATA<br>805 Stanford Drive<br>Plano, TX 75094 | | - | | X | X | X | 0.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)  **0.00**

In re **CommsResources, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Precision Engineering Services Unit 3 Lot 5 Davy St Mittagong NSW, 2575 | - | | | | | | 0.00 |
| Account No.  Ramirez & Associates, PC Florentino Ramirez, Esquire Mark Smith, Esquire 2777 Stemmons Freeway, Suite 933 Dallas, TX 75207 | - | | Interested party in lawsuit-counsel to SST Services, Inc. | X | X | X | 0.00 |
| Account No.  Rhonda Mayban Agent Services for CommsResources, LLC 800 Brazos, Suite 400 TX 78707 | - | | agent service fees | | | | Unknown |
| Account No.  Ritesync. Inc. Kathy Cockum 772 CR 39 Mountain Home, AR 72653 | - | | Interested party in lawsuit | X | X | X | 0.00 |
| Account No.  Robert Lawrence, Esquire 310 N. Tustin Avenue, Suite D Santa Ana, CA 92705 | - | | Interested party in lawsuit counsel to All Star Personnel, Inc, & affiliates | X | X | X | 0.00 |

Sheet no. **11** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **CommsResources, LLC** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Interested party in lawsuit | | | | |
| **Rocky Mountain Telecom, Inc. 6050 Stetson Hllls Booulvard, Suite 144 Colorado Springs, CO 80922** | - | | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit | | | | |
| **RTIG, Inc. c/o Corporation Service Company 830 Bear Tavern Road Trenton, NJ 08628** | - | | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit | | | | |
| **S.COM, Inc. Melinda Hokuma, Acct. Executive One Post Street, Suite 2525 San Francisco, CA 94104** | - | | | X | X | X | 0.00 |
| Account No. | | | Inrterested party in lawsuit-Counsel to Consultis of Dallas, Inc. | | | | |
| **Scott R. Ames, Esquire 9595 Wilshire Bouldvard, Suite 201 Beverly Hills, CA 90212** | - | | | X | X | X | 0.00 |
| Account No. | | | Interested party in lawsuit-counsel to Tanintco, Inc. | | | | |
| **Sedgwick, Detert, Moran & Arnold Aaron Colby, Esquire Leonora Schloss, Esquire 801 South Figueroa St., 19th Floor Los Angeles, CA 90017-5556** | - | | | X | X | X | 0.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **CommsResources, LLC** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Serratore Ames, LLP**<br>**Scott R. Ames, Esquire**<br>**9595 Wilshire Boulvard, #201**<br>**Beverly Hills, CA 90212-2502** | - | | | **Interested party in lawsuit-counsel to Consultis INformation Technology, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Seyfarth Shaw LLP**<br>**Brandon McKelvey, Esquire**<br>**Mark Grajski, Esquire**<br>**400 Campital Mall, Suite 2350**<br>**Sacramento, CA 95814** | - | | | **Interested party in lawsuit** | X | X | X | 0.00 |
| Account No.<br><br>**Seyfarth Shaw, LLP**<br>**Jon Meer, Esquire**<br>**2029 Century Park East, 33rd Floor**<br>**Los Angeles, CA 90067** | - | | | **Interested party in lawsuit** | X | X | X | 0.00 |
| Account No.<br><br>**Shields, Britton & Fraser, PC**<br>**James D. Shields, Esquire**<br>**5401 Village Creek Drive**<br>**Plano, TX 75093** | - | | | **Interested party in lawsuit-counsel to The Marquis Group** | X | X | X | 0.00 |
| Account No.<br><br>**Tangent International**<br>**Richart Arthruton**<br>**2591 Dallas Parkway, Suite 300**<br>**Frisco, TX 75034** | - | | | **Interested party in lawsuit** | X | X | X | 0.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **CommsResources, LLC** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Interested party in lawsuit-counsel to Datalogix Texas, Inc. | | | | |
| **The Armstrong Law Office Richard Armstrong, Esquire 1400 Gables Court, Suite 103 Plano, TX 75075** | | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Triage Consulting, PLC | | | | |
| **Triage Consulting, PLC Bromley, Kent BR1 1LR United Kingdom** | | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Interested party in lawsuit-counsel to We Do ITT, Inc. | | | | |
| **Wisener Nunnally Gold LLP robet Nunnally, Esquire 625 W. Centerville road, Suite 110 Garland, TX 75041** | | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 38,671.51 |

In re __CommsResources, LLC_____,   Case No. _____

                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re **CommsResources, LLC** _____ , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** 
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Delaware

In re   **CommsResources, LLC**                         ,      Case No. _____

                                         Debtor

Chapter              **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 38,671.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 38,671.51 | |

# United States Bankruptcy Court
## District of Delaware

In re   **CommsResources, LLC** _____ ,

                              Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## District of Delaware

In re  CommsResources, LLC
_____
Debtor(s)

Case No. _____
Chapter  7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  April 15, 2010
_____

Signature  /s/ Derek Seddon
_____
Derek Seddon
Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re ___CommsResources, LLC___      Case No. _____

               Debtor(s)        Chapter    7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Capital Services, Inc. <br> Agent for CommResources, LLC <br> 615 South DuPont Higway <br> Dover, DE 19901 | Capital Services, Inc. <br> Agent for CommResources, LLC <br> 615 South DuPont Higway <br> Dover, DE 19901 | agent services fees | | Unknown |
| Chubb Group Insurance <br> Attn: Bankruptcy Dept. <br> 1330 Post Oak Blvd <br> Houston, TX 77056 | Chubb Group Insurance <br> Attn: Bankruptcy Dept. <br> 1330 Post Oak Blvd <br> Houston, TX 77056 | Insurance | | 2,250.00 |
| Gibson Dunn & Crutcher, LLP <br> Jesse Cripps, Esquire <br> Kynn Hang, Esq.  Scott Kruse, Esq. <br> 333 South Grand Avenue <br> Los Angeles, CA 90071 | Gibson Dunn & Crutcher, LLP <br> Jesse Cripps, Esquire <br> Kynn Hang, Esq.  Scott Kruse, Esq. <br> Los Angeles, CA 90071 | Interested party in lawsuit-counsel for EXI Parsons Telecom | Contingent <br> Unliquidated <br> Disputed | 9,754.50 |
| Hartford Fire Insurance Company <br> Attn:  Bankruptcy Dept. <br> One Hartford Plaza <br> Hartford, CT 06155 | Hartford Fire Insurance Company <br> Attn:  Bankruptcy Dept. <br> One Hartford Plaza <br> Hartford, CT 06155 | Insurance | | 7,283.10 |
| International Financial Services <br> 29-30 Cornhill <br> London <br> EC3V 3NF <br> UNITED KINGDOM | International Financial Services <br> 29-30 Cornhill <br> London <br> UNITED KINGDOM | Consulting services | | 6,624.90 |
| Law Offices of Joel W. Baruch <br> Joel W. Baruch, Esquire <br> 2020 Main Street, Suite 900 <br> Irvine, CA 92614 | Law Offices of Joel W. Baruch <br> Joel W. Baruch, Esquire <br> 2020 Main Street, Suite 900 <br> Irvine, CA 92614 | Legal fees | | 2,552.38 |
| Manpower International, Ltd. <br> Attn:  Bankruptcy Dept. <br> 100 Manpower Place <br> Milwaukee, WI 53212 | Manpower International, Ltd. <br> Attn:  Bankruptcy Dept. <br> 100 Manpower Place <br> Milwaukee, WI 53212 | | | 10,206.63 |

In re    CommsResources, LLC
_____                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rhonda Mayban Agent Services for CommsResources, LLC 800 Brazos, Suite 400 TX 78707 | Rhonda Mayban Agent Services for CommsResources, LLC 800 Brazos, Suite 400 TX 78707 | agent service fees | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

            I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    April 15, 2010
_____                Signature    /s/ Derek Seddon
                                                      _____
                                                      Derek Seddon
                                                      Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re    CommsResources, LLC                               Case No. _____

                                   Debtor(s)      Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 15, 2010 _____         /s/ Derek Seddon _____

                                            Derek Seddon/Manager
                                          Signer/Title

COMMSRESOURCES, LLC
12225 GREENVILLE AVENUE
SUITE 850
DALLAS, TX 75243

STEPHEN W. SPENCE
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

ACCELLCOM, INC.
ATTN: JOHN FILLION
6236 BENNINGTON DRIVE
NEWARK, CA 94560

AIMAN-SMITH & MARCY
HALLIE VON ROCK, ESQUIRE
RANDALL AIMAN-SMITH, ESQUIRE
7677 OAKPORT STREET, SUITE 1020
OAKLAND, CA 94621

AIMAN-SMITH & MARCY
REED W.L. MARCY, ESQUIRE
7677 OAKPORT STREET, SUITE 1020
OAKLAND, CA 94621

ANED STYTEMS, LTD
C/O CORPORATIONS & COMPANIES
910 FOULK ROAD
WILMINGTON, DE 19803

ASTER TELESOLUTIONS, INC., 2-4
RAMAKIRSHNA PAMIDI (AGENT FOR SERVICE)
123 MOHAVE TERRACE
FREMONT, CA 94539

BALLARD, ROSENBER, GOLPER & SAVITT, LLP
JEFFREY P. FUCHSMAN, ESQUIRE
10 UNIVERSAL CITY PLAZA, 16TH FLOOR
UNIVERSAL CITY, CA 91608

BARNES & THORNBURG, LLP
DONALD J. MCNEIL, ESQUIRE
ONE N. WACKER DRIVE, SUITE 4400
CHICAGO, IL 60606

BATE, PETERSON, DEACON, ZINN & YOUNG
HARRY ZINN, ESQUIRE
PATRICIA BERRY, ESQUIRE
888 S. FIGUEROA STREET, 15TH FLOOR
LOS ANGELES, CA 90017

BERLINER COHEN
ROBERTA S. HAYASHI, ESQUIRE
10 ALMADEN BOULVARD, 11TH FLOOR
SAN JOSE, CA 95113-2233

BINGHAM MCCUTCHEN, LLP
WALTER STELLA, ESQUIRE
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

BLUE GROUP INTERNATIONAL, LTD.
61 SOUTHWARD STREET
LONDON, UK SE10HL

CAPITAL SERVICES, INC.
AGENT FOR COMMRESOURCES, LLC
615 SOUTH DUPONT HIGWAY
DOVER, DE 19901

CEHPAS LAW FIRM
DANA CEPHAS, ESQUIRE
1901 AVENUE OF THE STARS, SUITE 200
LOS ANGELES, CA 90067

CHUBB GROUP INSURANCE
ATTN: BANKRUPTCY DEPT.
 1330 POST OAK BLVD
HOUSTON, TX 77056

CLOUSE DUNN & KHOSHBIN
ALYSON C. BROWN, ESQUIRE
5200 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TX 75270

CONNOR & SARGENT, PLLC
STEPHEN P. CONNOR, ESQUIRE
1200 FIFTH AVENUE, SUITE 1650
SEATTLE, WA 98101

COOK BROWN, LLP
BRENT SEIFERT, ESQUIRE
CARRIE BUSHMAN, ESQUIRE
555 CAPITAL MALL, SUITE 425
SACRAMENTO, CA 95814

DATALOGIX TEXAS, INC.
GUS MERCADO
8315 NAVISTOA DRIVE, SUITE 100
ARGYLE, TX 76226-7344

DATAWORKFORCE LP
JEFFREY HURT
10670 NORTH CENTRAL EXPRESSWAY
SUITE 505
DALLAS, TX 75231

DAVID RHIND, ESQUIRE
HUDSON HIGHLAND GROUP, NORTH AMERICA
10 SOUTH ?WACKER DRIVE, #2600
CHICAGO, IL 60606

DAWN HECUBA & CO., LTD


DLA PIPER, LLP
JON D. MEER, ESQ.; ERIC S. BEANE, ESQ.
DENNIS S. HYUN, ESQ.
1999 AVENUE OF THE STARS, 4TH FLOOR
LOS ANGELES, CA 90067-6022

FORD & HARRISON
ALICE WANG, ESQUIRE
JESSE CARYL, ESQUIRE
350 S. GRAND AVENUE, SUITE 2300
LOS ANGELES, CA 90071

GIBSON DUNN & CRUTCHER, LLP
JESSE CRIPPS, ESQUIRE
KYNN HANG, ESQ.  SCOTT KRUSE, ESQ.
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

GREENBAUM, DOLL & MACDONALD, PLLC
BRUCE E. CRYDER, ESQUIRE
300 WEST VINE STREET, SUITE 1100
LEXINGTON, KY 40507-1665

GRUBER HURST JOHANSEN & HAIL, LLP
JASON COPLING, ESQUIRE
1445 ROSS AVENUE, SUITE 2500
DALLAS, TX 75202

HARTFORD FIRE INSURANCE COMPANY
ATTN:  BANKRUPTCY DEPT.
ONE HARTFORD PLAZA
HARTFORD, CT 06155

HIGHPOINTE CENTRE
12225 GREENVILLE AVENUE
LB135, SUITE 123
DALLAS, TX 75243

HURT & BARRY, LLP
JEFFREY HURT, ESQUIRE
10670 N. CENTRAL EXPRESSWAY, SUITE 505
DALLAS, TX 75231

INNOVATIVE TELECOMMUNICATIONS CONSULTANT
(ITC/FORTUNE WIRELESS)
6402 CORPORATE DRIVE
INDIANAPOLIS, IN 46278

INNOVATIVE TELECOMMUNICATIONS CONSULTANT
COMMUNICATIONS HOLDINGS OF AMERICA
700 SHADOWBROOK LANE
IRVING, TX 75063

INPRO SOLUTIONS LLC
C/O COMMUNICATIONS HOLDINGS OF AMERICA
700 SHADOWBROOK LANE
IRVING, TX 75063

INPRO SOLUTONS, LLC
SERGIO MARANAN, MANAGER
700 SHADOWBROOK LANE
IRVING, TX 75063

INTERNATIONAL FINANCIAL SERVICES
29-30 CORNHILL
LONDON
EC3V 3NF
UNITED KINGDOM

JACKSON LEWIS
LAURA W. WALKER, ESQUIRE
725 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CA 90017

JOSEPH ORR, ESQUIRE
307 WEST 7TH STREET, #1800
FORT WORTH, TX 76102

KAUFF, MCCLAIN & MCGUIRE LLP
KEITH CHRESTIONSON, ESQUIRE
ONE POST STREET, SUITE 2600
SAN FRANCISCO, CA 94104

KENNY FRANK, ATTORNEY AT LAW
KENNY FRANK, ESQUIRE
188 DIXON ROAD
BALTIMORE, MD 21209

KRAFCHAK & LYNCH
STEPHANIE KRAFCHAK, ESQUIRE
2029 CENTURY PARK EAST, SUITE 900
LOS ANGELES, CA 90067

```
LAW OFFICE OF JARED E. PETERSON
JARED PETERSON, ESQUIRE
2017 LINCOLN STREET
BERKELEY, CA 94709

LAW OFFICE OF JOHN H. ANDERSON
JOHN H. ANDERSON, ESQUIRE
TROY MCMAHAN, ESQUIRE
105 EAST MARIPOSA
SAN CLEMENTE, CA 92672

LAW OFFICES OF JOE L. ORR
JOE ORR, ESQUIRE
307 WEST SEVENTH STREET, SUITE 1200
FORT WORTH, TX 76102

LAW OFFICES OF JOEL W. BARUCH
JOEL W. BARUCH, ESQUIRE
2020 MAIN STREET, SUITE 900
IRVINE, CA 92614

LAW OFFICES OF RICHARD L. ARMSTRONG & AS
GUY NICHOLSON, ESQUIRE
MICHEAL STEIN, ESQUIRE
2029 CENTURY PARK EAST, SUITE 900
LOS ANGELES, CA 90067

LEWIS BRISBOIS BISGAARD & SMITH, LLP
JEFFREY S. RANEN, ESQUIRE
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CA 90012

LUCE, FORWARD, HAMILTION, & SCRIPPS
DANIS SHANAGHER, ESQUIRE
121 SPEAR STREET, SUITE 200
SAN FRANCISCO, CA 94105

MANPOWER INTERNATIONAL, LTD.
ATTN: BANKRUPTCY DEPT.
100 MANPOWER PLACE
MILWAUKEE, WI 53212

MARTINEZ CHARLES, LLP
MARCH CHARLES, ESQUIRE
1055 E. COLORADO BLVD., 5TH FLOOR
PASADENA, CA 91106

MBI CONSULTANTS
MICHAEL BURNETT
18515 STATESVILLE ROAD
CORNELIUS, NC 28031
```

MCBREEN & KOPKO
HUGH MCBREEN, ESQUIRE
BRIAN J. HOGAN, ESQUIRE
20 N. WACKER DRIVE, SUITE 2520
CHICAGO, IL 60606

MORGAN LEWIS & BOCKIUS, LLP
BARBARA A. FITZGERALD, ESQUIRE
300 S. GRAND AVENUE, SUITE 2200
LOS ANGELES, CA 90071

ORIN USA, INC.
RUSSEL G. WINICK
1220 IROQUOIS AVENUE, #100
NAPERVILLE, IL 60563

PAUL HASTINGS JANOFSKY & WALKER
BOB KRISTOFF, ESQUIRE
55 SECOND ST. 24TH FLOOR
SAN FRANCISCO, CA 94105

PIXAWARE TECHNOLOGIES, LLC
SURAIYA ALAM, ATA
805 STANFORD DRIVE
PLANO, TX 75094

PRECISION ENGINEERING SERVICES
UNIT 3 LOT 5 DAVY ST
MITTAGONG
NSW, 2575

RAMIREZ & ASSOCIATES, PC
FLORENTINO RAMIREZ, ESQUIRE
MARK SMITH, ESQUIRE
2777 STEMMONS FREEWAY, SUITE 933
DALLAS, TX 75207

RHONDA MAYBAN
AGENT SERVICES FOR COMMSRESOURCES, LLC
800 BRAZOS, SUITE 400
TX 78707

RITESYNC. INC.
KATHY COCKUM
772 CR 39
MOUNTAIN HOME, AR 72653

ROBERT LAWRENCE, ESQUIRE
310 N. TUSTIN AVENUE, SUITE D
SANTA ANA, CA 92705

ROCKY MOUNTAIN TELECOM, INC.
6050 STETSON HILLS BOOULVARD, SUITE 144
COLORADO SPRINGS, CO 80922

```
RTIG, INC.
C/O CORPORATION SERVICE COMPANY
830 BEAR TAVERN ROAD
TRENTON, NJ 08628

S.COM, INC.
MELINDA HOKUMA, ACCT. EXECUTIVE
ONE POST STREET, SUITE 2525
SAN FRANCISCO, CA 94104

SCOTT R. AMES, ESQUIRE
9595 WILSHIRE BOULDVARD, SUITE 201
BEVERLY HILLS, CA 90212

SEDGWICK, DETERT, MORAN & ARNOLD
AARON COLBY, ESQUIRE
LEONORA SCHLOSS, ESQUIRE
801 SOUTH FIGUEROA ST., 19TH FLOOR
LOS ANGELES, CA 90017-5556

SERRATORE AMES, LLP
SCOTT R. AMES, ESQUIRE
9595 WILSHIRE BOULVARD, #201
BEVERLY HILLS, CA 90212-2502

SEYFARTH SHAW LLP
BRANDON MCKELVEY, ESQUIRE
MARK GRAJSKI, ESQUIRE
400 CAMPITAL MALL, SUITE 2350
SACRAMENTO, CA 95814

SEYFARTH SHAW, LLP
JON MEER, ESQUIRE
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES, CA 90067

SHIELDS, BRITTON & FRASER, PC
JAMES D. SHIELDS, ESQUIRE
5401 VILLAGE CREEK DRIVE
PLANO, TX 75093

TANGENT INTERNATIONAL
RICHART ARTHRUTON
2591 DALLAS PARKWAY, SUITE 300
FRISCO, TX 75034

THE ARMSTRONG LAW OFFICE
RICHARD ARMSTRONG, ESQUIRE
1400 GABLES COURT, SUITE 103
PLANO, TX 75075

TRIAGE CONSULTING, PLC
BROMLEY, KENT BR1 1LR
UNITED KINGDOM
```

WISENER NUNNALLY GOLD LLP
ROBET NUNNALLY, ESQUIRE
625 W. CENTERVILLE ROAD, SUITE 110
GARLAND, TX 75041

# United States Bankruptcy Court
## District of Delaware

In re  CommsResources, LLC
                           Debtor(s)

Case No. _____

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   CommsResources, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Comms Group LLC
One Sherman Road
Bromely, Kent BR1 3H
United Kingdom

☐ None [*Check if applicable*]

April 15, 2010
Date

/s/ Stephen W. Spence
Stephen W. Spence #2033
Signature of Attorney or Litigant
Counsel for   CommsResources, LLC
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302.655.4200 Fax:302.655.4210
sws@pgslaw.com